IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE HODO, C-69973, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> K. ALLISON, Acting Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 11-4431 CRB (PR) <br><br> ORDER OF TRANSFER |

  Petitioner seeks federal habeas review of a conviction from Los Angeles County Superior Court, which lies in the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at the California Substance Abuse Treatment Facility and State Prison in Corcoran, County of Kings, which lies in the Eastern District of California. See id. § 84(b).

  Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1     Because the County of Los Angeles lies in the Central District of California,
2 Western Division, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas
3 Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the
4 United States District Court for the Central District of California, Western Division.
5     The clerk shall transfer this matter and terminate all pending motions as moot.
6 SO ORDERED.
7 DATED: Sept. 9, 2011
                CHARLES R. BREYER
8                 United States District Judge

G:\PRO-SE\CRB\HC.11\Hodo, J2.transfer.wpd

2